UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**MASON L. RAMSEY and JUDITH M NEVILLE,**

    Plaintiffs,

v.                                            Case No: 5:22-cv-429-PRL

**MUTUAL OF OMAHA MORTGAGE, INC.,**

    Defendant.

## ORDER

On March 31, 2023, this consent case was reassigned to the undersigned. (Docs. 30 & 31). Previously, the Court entered a case management and scheduling order that set deadlines for the parties to select a mediator and schedule mediation (July 14, 2023) and conduct mediation (September 15, 2023). (Doc. 17). This Court adopts the deadlines set forth in the case management and scheduling order, and will adhere to them, subject to modification by subsequent order. Accordingly, the parties are **directed** to confer and select a mediator, as directed by the case management and scheduling order.

Moreover, the Court notes that while Plaintiffs had representation when filing their complaint, their representation has subsequently withdrawn. (Doc. 26). Now, Plaintiffs represent that they are proceeding *pro se* while continuing to seek counsel to represent them in this matter. (Doc. 27). The plaintiffs should note that under the case management and scheduling order, they are designated to lead coordination of the mediation. (Doc. 17 at 2–3). Plaintiffs should review that order for information on finding a mediator.

- 2 -

Finally, Plaintiffs are cautioned that despite proceeding *pro se*, they are required to comply with this Court's Local Rules, the Federal Rules of Civil Procedure, and the Federal Rules of Evidence. Plaintiffs may obtain a copy of the Local Rules from the Court's website (http://www.flmd.uscourts.gov) or by visiting the Office of the Clerk of Court. Also, resources and information related to proceeding in court without a lawyer, including a handbook entitled Guide for Proceeding Without a Lawyer, can be located on the Court's website (http://www.flmd.uscourts.gov/pro_se/default.htm). Plaintiffs should also consult the Middle District of Florida's Discovery Handbook for a general discussion of this District's discovery practices (see http://www.flmd.uscourts.gov/civil-discovery-handbook).

**DONE** and **ORDERED** in Ocala, Florida on April 4, 2023.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties